IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ORA GUINNIP,                                        CASE NO.:   5:12-CV-224-OC-10TBS

          Plaintiff,

vs.

DISCOVERY SPRINGS, LLC
& OAKSPRING, INC. collectively
d/b/a/ HOLIDAY INN,

          Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ORA GUINNIP and Defendants, DISCOVERY SPRINGS, LLC,

OAKSPRING, INC., collectively d/b/a/ HOLIDAY INN ("collectively "Defendants"),

pursuant to Rule 41, Federal Rules of Civil Procedure, and Local Rule 3.08, hereby

jointly stipulate to the dismissal, with prejudice, of the above-styled cause of action.

Each party shall bear their own costs and attorneys' fees in connection with this matter.

The parties request the court to enter an order dismissing the case with prejudice.

Dated this 25th day of May, 2012.


*/s/ Bernard R. Mazaheri*
Bernard R. Mazaheri, Esquire
Florida Bar No. 0739685
Morgan & Morgan
6824 Griffin Road
Davie, FL  33314
Phone: (954) 318-0268
BMazaheri@forthepeople.com
ATTORNEYS FOR PLAINTIFF

*/s/ Deborah L. La Fleur*
Deborah L. La Fleur, Esq.
Florida Bar No. 0185590
Saqib Ishaq, Esq.
Florida Bar No.: 0027961
GRAY ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32802-3068
Phone: (407) 843-8880
Fax: (407) 244-5690

dlafleur@gray-robinson.com
sishaq@gray-robinson.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Bernie Mazaheri, Esq., Morgan & Morgan, 6824 Griffin Road, Davie, FL 33314.

*/s/ Deborah L. La Fleur*
Deborah L. La Fleur

# 4930923 v5